UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 19-2989

UNITED STATES OF AMERICA

v.

JEFFREY BOYD,

Appellant

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal Action No. 4-18-cr-00281-001)
District Judge: Honorable Matthew W. Brann

Argued on September 23, 2020

Before: AMBRO, PORTER, and ROTH, Circuit Judges

## JUDGMENT

This cause came on to be heard on the record before the United States District Court for the Middle District of Pennsylvania and was argued on September 23, 2020.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered August 14, 2019, is hereby affirmed. All in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:  May 28, 2021